IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC. *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARRI ELECTRIC COMPANY, INC. *et al.*,<br><br>  Defendants. | No. C 15-03131 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties have filed a stipulation seeking to continue the case management conference scheduled for October 29 to December 10 as they are hopeful of reaching a settlement. Good cause shown, the case management conference is hereby continued to **DECEMBER 10, AT 11:00 A.M.** The joint case management statement is due on **DECEMBER 3**. No further continuances of the case management conference will be granted.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE