IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRI, an individual,<br><br>   Defendants. | No. C 15-03131 WHA<br><br>**NOTICE RE STIPULATION OF CONTINGENT DISMISSAL** |

In this ERISA action, the parties have filed a stipulation of contingent dismissal under the terms and conditions of a settlement agreement (Dkt. No. 13). The stipulation proposes to dismiss the case on the condition that if either party breaches the settlement agreement, that party may reopen the matter at any time. The undersigned will only retain jurisdiction over this matter for ninety days. After that point any dispute arising out of the settlement agreement must be brought as a separate action for breach of contract. The parties should please file a proposed order that is modified accordingly.

Dated: November 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE