IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRY, an individual,<br><br>  Defendants. | No. C 15-03131 WHA<br><br>**REQUEST FOR INFORMATION** |

The parties have filed a stipulation of contingent dismissal, which contemplates that "[i]f either party alleges that the Settlement Agreement has been breached, the alleging party may reopen the matter at any time." By **4:00 P.M. TODAY, NOVEMBER 17**, the parties shall please inform the Court whether this would permit the parties to reopen the case in order to re-litigate the merits of the original case or if the case would be reopened solely for the purpose of enforcing the judgment.

Dated: November 17, 2015.

　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE