IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*,

    Plaintiffs,

v.

BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRY, an individual,

    Defendants.

No. C 15-03131 WHA

**ORDER RE AMENDED STIPULATION OF CONTINGENT DISMISSAL**

The parties have agreed to settle this action and have stipulated to dismiss this action with prejudice (Dkt. No. 15). The settlement agreement provides that if any party alleges that the settlement agreement has been breached, the alleging party may reopen this matter at any time, and the parties request that the Court retain jurisdiction over this matter until December 31, 2016. Plaintiffs have clarified that the stipulation contemplates that the parties may reopen the case solely for the purpose of entering and enforcing a stipulated judgment and *not* to re-litigate the merits of the original case (Dkt. No. 17). Subject to that limitation, the parties' stipulated dismissal is **APPROVED**. The case is hereby **DISMISSED** with prejudice. The Clerk shall please **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 17, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE