Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.<br><br>                     Plaintiffs,<br>         v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation; ERNEST ULIBARRI, an individual.<br><br>                     Defendants.<br>_____ | Case No.   15-CV-3131-WHA<br><br>**STIPULATED JUDGMENT** |

The parties hereto stipulate as follows:

The parties have reached agreement to settle this case under the terms and conditions specified in a Settlement Agreement. This Settlement Agrement has not been filed with the Court, but the parties have executed said agreement.

This Stipulated Judgment is being filed because Defendants have breached the Settlement Agreement. The parties stipulate that judgment shall be entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $240,628.67, less all credits for payments already received under the Settlement Agreement, and including all unpaid fringe benefit contributions and related amounts then due and owing to Plaintiffs, to wit: **$355,632.06**.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 6, 2015         By: /s/ Wan Yan Ling
                                WAN YAN LING
                                Attorney for Plaintiffs
                                Neyhart, Anderson, Flynn & Grosboll

Dated: November 6, 2015         By: /s/ Douglas N. Akay
                                DOUGLAS N. AKAY
                                Attorney for Defendants
                                Akay Law

**IT IS SO ORDERED.**

Dated: January 4, 2016.         _____
                                U.S. District Court Judge