IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRI, an individual,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 15-03131 WHA<br><br>**ORDER STAYING JUDGMENT AND SETTING HEARING** |

On November 17, the Court entered an order granting the parties' stipulation of contingent dismissal (Dkt. No. 18). The parties represented that they had settled their dispute and that the settlement agreement provided that "if any party alleges that the settlement agreement has been breached, the alleging party may reopen this matter at any time" (Dkt. No. 13). The parties further represented that the case could be reopened "solely for the purpose of entering and enforcing the stipulated judgment" (Dkt. No. 17).

The parties dismissed their case, the merits of the case are gone. Plaintiffs filed a stipulated judgment, which the Court entered (Dkt. No. 20). Defendants now contend they did not concur in the filing of that stipulated judgment, inasmuch as it does not reflect the amount due under the settlement agreement (Dkt. No. 22). Any dispute relating to the settlement agreement (which the Court had not seen until defendants filed their objection), should be litigated in state court as a claim for breach of the settlement agreement.

This order hereby **STAYS** the effectiveness of the stipulated judgment until **TUESDAY JANUARY 12, AT 9:30 A.M.**, when the parties shall appear for a further case management conference. The parties should come prepared to explain why the stipulated judgment should not be entered.

**IT IS SO ORDERED.**

Dated: January 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE