IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*, | No. C 15-03131 WHA |
| Plaintiffs, | |
| v. | |
| BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRY, an individual, | **FINAL PRETRIAL ORDER** |
| Defendants. | |

Plaintiffs did not demand a jury in this action; however, because the parties dismissed the action before defendants answered the complaint, defendants did not have an opportunity to demand a jury. By **NOON ON MONDAY JANUARY 18**, defendants shall inform the Court whether they demand a jury.

Pending defendants' response, the Court hereby schedules a bench trial for **FEBRUARY 1, 2016 AT 7:30 A.M.** The trial will proceed until **1:00 P.M.** each day until the trial is completed. The issue to be tried is the dollar amount that should appear in the blank on the stipulated form of judgment. The parties shall each have up to **ONE-AND-ONE-HALF HOURS** to present evidence and may each call up to **TWO WITNESSES**.

There will be no further pretrial conference. By **THURSDAY JANUARY 28**, each side shall submit a statement identifying its witnesses, every document it intends to introduce as evidence, and, if a jury is requested, proposed jury instructions.

**IT IS SO ORDERED.**

Dated: January 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2