IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation, ERNEST ULIBARRY, an individual,<br><br>   Defendants. | No. C 15-03131 WHA<br><br>**REQUEST FOR RESPONSE** |

   Plaintiffs have filed a new stipulated judgment stating that judgment should be entered in favor of plaintiffs and against defendants, jointly and severally, for $300,000 (Dkt. No. 29). Plaintiffs did not file an attestation that defendants concur in the filing of this stipulation. By **NOON ON JANUARY 27**, defendants shall please state whether they agree that judgment should be entered as described in the stipulation filed by plaintiffs.

Dated: January 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE