Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.<br><br>            Plaintiffs,<br>      v.<br><br>BARRI ELECTRIC COMPANY, INC., a California corporation; ERNEST ULIBARRI, an individual.<br><br>            Defendants.<br>_____ | Case No.   15-CV-3131-WHA<br><br>**STIPULATED JUDGMENT** |

-1-

The parties stipulate that judgment shall be entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $300,000.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 22, 2016                By: /s/ Benjamin K. Lunch
                                       BENJAMIN K. LUNCH
                                       Attorney for Plaintiffs
                                       Neyhart, Anderson, Flynn & Grosboll

Dated: January 22, 2016                By: /s/ Douglas N. Akay
                                       DOUGLAS N. AKAY
                                       Attorney for Defendants
                                       Akay Law

**IT IS SO ORDERED.**

Dated: January 26, 2016.    _____
                            U.S. District Court Judge